UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Johnson, Parrish | Docket No. | 0980 2:23CR00054-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Parrish Johnson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 9th day of June 2023, under the following conditions:

**Special Condition #3:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

**Special Condition #6 (ECF No. 34):** Defendant's pretrial release condition requiring home detention, ECF No. 17 at 4-5 (Special Condition of Release No. 6) is STRICKEN and REPLACED with a pretrial release condition of a curfew requiring Defendant to be in his residence nightly between the hours of 9:00 p.m. and 6:00 a.m., unless pre-approved by the United States Probation Office for employment purposes only.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 12, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Johnson. Mr. Johnson acknowledged an understanding of the release conditions at that time.

**Violation #1:** Parrish Johnson is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on June 30, July 31, August 25, September 22, and November 6 and 15, 2023.

On June 12, 2023, Mr. Johnson was referred to the phase urinalysis program at Pioneer Human Services (PHS). Mr. Johnson was instructed to contacted PHS on a daily basis to determine if he was required to submit to random drug testing.

It appears Mr. Johnson failed to appear for random drug testing at PHS on June 30, July 31, August 25, September 22, and November 6 and 15, 2023.

Upon being notified of these missed drug tests, Mr. Johnson reported to the U.S. Probation Office and provided urine samples on the following dates: July 5, August 2, September 27 and November 13 and 17, 2023.

The undersigned officer has reminded Mr. Johnson to contact PHS on a daily basis to determine if he is required to submit to random drug testing.

**Violation #2:** Parrish Johnson is alleged to have violated the conditions of pretrial release supervision by failing to return to his residence by 9 p.m., on October 13, 2023.

On October 13, 2023, Mr. Johnson failed to return to his residence by 9 p.m. Mr. Johnson was contacted by a U.S. probation officer on that date and he stated that he was in a vehicle that had run out of gasoline. It appears Mr. Johnson returned to his residence at 9:54 p.m., on October 13, 2023.

Subsequently, the undersigned officer reviewed the global positioning system (GPS) mapping for the night of October 13, 2023. It appears Mr. Johnson was stopped at a specific location in Spokane, Washington, for an extended period of time. GPS mapping showed Mr. Johnson then traveled to a gas station and stopped in between 9:38 p.m. and 9:41 p.m. He then proceeded to an area where a hamburger stand (Dick's Hamburgers) is located and remained there between 9:45 p.m. to 9:50 p.m. His GPS mapping showed he returned to his residence on October 13, 2023, at 9:54 p.m.

On October 17, 2023, the undersigned officer spoke with Mr. Johnson regarding his whereabouts on October 13, 2023. He stated he was with his cousin and they ran out of gas, which caused him to be late for his 9 p.m. curfew. When asked why he had stopped near a hamburger stand despite already being late for his 9 p.m. curfew, Mr. Johnson denied stopping at that location.

**Violation #3:** Parrish Johnson is alleged to have violated his conditions of pretrial release supervision by leaving his residence after his 9 p.m. curfew on November 14, 2023.

On November 14, 2023, at 5:29 p.m., Mr. Johnson contacted the undersigned officer via text messaging and stated he did not have much food at his residence. He asked if he could go to a grocery store after work and purchase food. The undersigned officer instructed Mr. Johnson to be home no later than 10 p.m. Mr. Johnson responded by saying he did not get off of work until 9:30 p.m. Due to his curfew and being after business hours, Mr. Johnson was asked to contact the undersigned officer the following morning to have further discussion related to his curfew obligations.

Subsequently, available global positioning system (GPS) mapping revealed Mr. Johnson left his residence on November 14, 2023, at 10:32 p.m. The GPS mapping showed Mr. Johnson traveled to a grocery store (Winco Foods). He returned home on November 15, 2023 at 12:02 a.m.

On November 15, 2023, the undersigned officer spoke to Mr. Johnson about his curfew issue from the night prior. He said that they needed groceries and he did not want to have his fiancé do all of the shopping by herself. The undersigned officer reminded Mr. Johnson of his Court-imposed curfew and that he needed to be home by 9 p.m., except for pre-approved employment purposes. Additionally, the undersigned and Mr. Johnson discussed time management so he can work full-time and also complete his familial responsibilities (i.e. grocery shopping) within his allotted curfew hours.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  November 17, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Johnson, Parrish
November 17, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ X ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ X ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer
11/20/23

Date