# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 11, 2023**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Johnson, Parrish | Docket No. | 0980 2:23CR00054-RMP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Parrish Johnson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 9th day of June 2023, under the following conditions:

**Special Condition #3:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 12, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Johnson. Mr. Johnson acknowledged an understanding of the release conditions at that time.

**Violation #4:** Parrish Johnson is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on December 6, 2023.

On June 12, 2023, Mr. Johnson was referred to the phase urinalysis program at Pioneer Human Services (PHS). Mr. Johnson was instructed to contacted PHS on a daily basis to determine if he was required to submit to random drug testing.

On December 6, 2023, Mr. Johnson failed to report for random drug testing at Pioneer Human Services.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 8, 2023

by   s/ErikCarlson

Erik Carlson
U.S. Pretrial Services Officer

Re: Johnson, Parrish
December 8, 2023
Page 2

THE COURT ORDERS

[ ]　　No Action
[ ]　　The Issuance of a Warrant
[ ]　　The Issuance of a Summons
[X]　　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　　Defendant to appear before the Judge assigned to the case.
[X]　　Defendant to appear before the Magistrate Judge.
[ ]　　Other

_____
Signature of Judicial Officer

12/11/23
_____
Date