FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Johnson, Parrish | Docket No. | 0980 2:23CR00054-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Parrish Johnson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Spokane, Washington, on the 9th day of June 2023, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Parrish Johnson is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and norfentanyl on April 18, 2024.

On April 18, 2024, the undersigned officer met with Mr. Johnson at his residence for the purpose of a home contact. During that meeting, Mr. Johnson provided a urine specimen that tested presumptive positive for the presence of fentanyl. Mr. Johnson denied using fentanyl at that time. Subsequently, the urine specimen was packaged and sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On April 24, 2024, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

On April 25, 2024, the undersigned officer advised Mr. Johnson of the above-noted positive result that was confirmed through laboratory testing. Mr. Johnson continued to deny knowingly ingesting fentanyl.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:  April 26, 2024 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Johnson, Parrish
April 26, 2024
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/29/24
_____
Date